# First District Court of Appeal
## State of Florida

_____

No. 1D2025-2491

_____

CHRISTOPHER GOLDSBY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
Dustin Stephenson, Judge.

July 24, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and KELSEY and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Christopher Goldsby, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.